IN THE DISTRICT COURTY OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 OCT 17  A 9: 46

\_\_\_\_ P. HACKETT, \_\_\_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 3:06CV28-MHT-DRB [WO] |
| JOHNNY HUGHLEY | ) | |

## MOTION FOR ENLARGMENT OF TIME

Comes now, the petitioner ("Hereinafter Johnny Hughley"), Pro-se, in the above style cause and files this motion requesting an additional 14-day enlargement of time, up to and including November 2, 2006, in which to file his written objection to the Magistrate Judge's Report and Recommendation and Order dated October 3, 2006, in support herein states the following:

## DISCUSSION

1) That the petitioner's written objection and the specificity there to the Magistrate Judge's Report and Recommendation and Order will center on the fact that the composition of the jury venire on basis that the venire required the under representation of African Americans and the District's method of jury selection (on August 18, 1998) violated the Jury Selection and Service Act ("JSSA") of 1968, 28 U.S.C. § 1861, et seq. The District's plan for the random selection of grand and petit jurors ("The Plan") and he is "Actual Innocence" of the conviction.

2) That Mr. Hughley is currently in the process of changing residence and does not have full access to all of his legal documents.

1

3) That Mr. Hughley will also need time in which to get hooked up to the Internet in order to legal research case, that deals with actual innocence claims on the United States Supreme Court website, permissible under successive motion for relief under 28 U.S.C. § 2255.

## CONCLUSION

4) That based upon the foregoing motion for 'Enlargement of Time', Mr. Hughley prays that this Honorable Court grant this motion.

Done this the 15th day of October 2006.

Respectfully submitted,

*Johnny Hughley*

Johnny Hughley, Petitioner

## CERTIFICATE OF SERVICE

I, Johnny Hughley, defendant hereof, certify that I have served a copy of the foregoing to Louis V. Franklin, Sr., P. O. Box 197, Montgomery, Alabama 36101-0197, by deposing a copy of the same in the United States mail first class, postage prepaid, and properly addressed to him on this the 15th day of October 2006.

*Johnny Hughley*
Johnny Hughley
1114 Lee Road 6
Auburn, AL 36830