IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. |
| | ) | 3:06cv28-MHT-DRB |
| JOHNNY HUGHLEY | ) | |

**ORDER ON MOTION**

On October 17, 2006 (Doc. No. 3), movant Johnny Hughley filed a *motion for extension of time* to file objections to the Recommendation of the Magistrate Judge entered on October 3, 2006. Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion for extension of time* be and is hereby GRANTED. It is further

ORDERED that Hughley be and is hereby GRANTED an extension from October 17, 2006, to and including November 2, 2006, to file his objections to the Recommendation of the Magistrate Judge.

Done this 19th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE