IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHNNY HUGHLEY,

3:06 CV 28 - MHT

VS.

UNITED STATES OF AMERICA

PLAINTIFF'S WRITTEN OBJECTIONS
TO THE MAGISTRATE JUDGE'S REPORT

Comes now the Plaintiff, JOHNNY HUGHLEY, Pro Se, and hereby submits this written objections and challenging the Report and Recommendation of the magistrate Judge.

1. That the Plaintiff filed his §2255 motion challenging the composition of his jury venire and the District's method of Jury Selection violates (1) the Due Process clause of the Fifth Amendment to the United States Constitution; (2) the Sixth Amendment Guarantee of a jury drawn from a "fair-cross-section" of the Community; (3) the Equal Protection clause of the Fifth Amendment to the United States Constitution; (4) the Jury Selection and Service Act ("JSSA") of 1968, 28 U.S.C. §1861 et. seq.; (5) the District's plan for the Random Selection of Grand and Petit

(1)

Jurors ("the plan"), and that he is "ACTUALLY INNOCENT" of the charges and conviction.

2. That the United States Supreme Court have ruled, that a claim of 'Actual Innocent' can be raised anytime on habeas corpus § 2255 motion.

3. That Mr. Hughley, in support herein his written objections, submits that, had the District Court followed the "JSSA" plan for the Random Selection of Grand and Petit Jurors he would have received a fair trial, and found 'not guilty' of the convictions.

4. That in Accordance with the Supreme Courts method for handling Successive §2255 motions, Mr. Hughley submits his "ACTUAL-INNOCENT" claim herein. And written challenging the Report and Recommendation of the magistrate Judge, by arguing that the high Court (United States Supreme Court) have already held that a claim of Actual-Innocent can be raised anytime, even without first gaining Permission, to file, from the Circuit Court of Appeals.

(2)

5. In this case, the jury venire consisted of approximately 103 members, of which 14 or 13% were African-American. Of the panel from which Mr. Hughley's jury was drawn, only 4 members or 12.5% were African-American.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and be belief.

*Johnny Hughley*
Johnny Hughley,
Plaintiff,

11-03-2006
DATE

## CERTIFICATE OF SERVICE

I hereby certify that I have this <u>1st</u> day of November, 2006, served a copy of the foregoing written Objections and Affidavit upon the following, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed:

Terry F. Moorer, Esquire
Louis V. Franklin, Sr., Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

*Johnny Hughley*
Johnny Hughley
1114 Lee Rd 6
Auburn, AL 36830

(4)