IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


JOHNNY HUGHLEY,                )
                               )
        Petitioner,            )
                               )  CIVIL ACTION NO.
        v.                     )  3:06cv28-MHT
                               )       (WO)
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )

ORDER

It is ORDERED petitioner's motions to amend his
previous 28 U.S.C. § 2255 motion for habeas corpus relief
(doc. nos. 8 & 9) are denied.  See Jones v. United
States, 304 F.3d 1035, 1043 n.16 (11th Cir. 2002) (where
petitioner's new § 2255 motion was not filed until after
his previous § 2255 motion had been denied by the
district court, Federal Rule of Civil Procedure 15(a)
prevented his new motion from being considered an
"amendment" to the previous § 2255 motion with claims
relating back to the previous motion); Warren v. Garvin,
219 F.3d 111, 114 (2nd Cir. 2000) ("the 'relation back'

doctrine is inapplicable when the initial habeas petition was dismissed, because there is no pleading to which to relate back"); <u>cf</u>. <u>Hubbard v. Campbell</u>, 379 F.3d 1245, 1246-47 (11th Cir. 2004) (where a habeas petitioner seeks to file a pleading in the district court purporting to be an amended petition for habeas relief after the district court has reviewed and denied a previous habeas petition on its merits, the "amended petition" is properly regarded as a successive petition, requiring authorization from the court of appeals).

DONE, this the 15th day of July, 2008.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE